**Order filed, May 30, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00102-CR

———————

**SAUL PENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1315956**

## ORDER

The reporter's record in this case was due **April 12, 2013**. *See* Tex. R. App. P. 35.1. On **April 12, 2013**, this court granted **Vanessa Owens** motion for extension of time to file the reporter's record to **May 13, 2013**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Vanessa Owens**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM